**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**


ROBERT PORTER,

       Plaintiff,

v.                                                                                          CASE NO. 6:12-MC-34-Orl-36DAB

UNITED STATES, DEPARTMENT OF THE
TREASURY AND PNC BANK,

       Defendants.

_____/


## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on April 19, 2012 (Doc. 10). In the Report and Recommendation, the Magistrate recommends that Plaintiff Robert Porter's ("Plaintiff") Petition to Quash IRS Summons ("Petition to Quash") (Doc. 1) be dismissed. Neither party filed an objection to the Report and Recommendation and the time to do so has expired.

Plaintiff failed to respond to the Court's Order To Show Cause as to why this action should not be dismissed for lack of jurisdiction (Doc. 9). The Court is in agreement with the Magistrate, that Plaintiff has made no showing that this Court has jurisdiction over this matter, despite having been given the opportunity to do so. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 10) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Robert Porter's Petition to Quash IRS Summons (Doc. 1) is **DENIED**.

3. This action is **DISMISSED** for lack of jurisdiction.

4. The Clerk is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida on May 9, 2012.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
COUNSEL OF RECORD